William H. Coleman and Wilma R. Coleman, His Wife, Plaintiffs-Appellants, v. Jay Goran and W. F. Smith, Defendants-Appellees.

Gen. No. 47,992.

First District, Second Division.
June 14, 1960.
Rehearing denied July 13, 1960.

 Mark J. Satter,
of Chicago, for appellants; Block and Solomon, of Chicago (Jay Goran and Irving L. Block, of counsel) for appellees. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.